Name: Richard S. Busch, Brittney R. Dobbins, KING & BALLOW
Address: 1999 Avenue of the Stars, Suite 1100
City, State, Zip: Century City, CA 90067
Phone: (424) 253-1255
Fax: (888) 688-0482
E-Mail: rbusch@kingballow.com, bdobbins@kingballow.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ARTEM STOLIAROV p/k/a ARTY

PLAINTIFF(S),

v.

MARSHMELLO CREATIVE, LLC, et al.

DEFENDANT(S).

CASE NUMBER:

2:19-cv-393 PSG (JPRx)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that ARTEM STOLIAROV p/k/a ARTY hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   Doc. Nos. 104, 105, 106

☒ Judgment (specify):
   Doc. Nos. 104, 105, 106

☐ Other (specify):

Imposed or Filed on April 7 & April 8, 2021. Entered on the docket in this action on April 7 & April 8, 2021.

A copy of said judgment or order is attached hereto.

4/27/2021
Date

/s/ Richard S. Busch
Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).