FILED
CLERK, U.S. DISTRICT COURT
5/21/21
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

link 110

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEM STOLIAROV p/k/a ARTY,<br><br>Plaintiff,<br><br>v.<br><br>MARSHMELLO CREATIVE, LLC et al.,<br><br>Defendants. | No. 2:19-cv-03934-PSG (JPRx)<br><br>Hon. Philip S. Gutierrez<br>Courtroom 6A<br><br>[~~PROPOSED~~] JUDGMENT IN FAVOR OF DEFENDANTS<br><br>Am. Compl. Filed: Aug. 9, 2019<br>Exp. Disc. Cutoff: Apr. 30, 2021<br>Final Pretrial Conf.: July 19, 2021<br>Trial Date: July 27, 2021 |

# **JUDGMENT**

The Court has received, reviewed, and considered the Stipulation for Entry of Final Judgment (the "Stipulation") submitted by Plaintiff Artem Stoliarov p/k/a Arty ("Plaintiff") and defendants Marshmello Creative, LLC; the Artist p/k/a Marshmello; Joytime Collective LLC; Daniel Campbell Smith; Steven McCutcheon; Marshmello Music LLC; Rokstone Music Limited; WWKD Limited; Polygram Publishing, Inc.; and Kobalt Music Publishing America, Inc. (collectively, "Defendants").

NOW THEREFORE, for good cause shown, the Court hereby **GRANTS** the Stipulation in its entirety. The Court finds that Plaintiff's First Amended Complaint (Dkt No. 24) is hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED, ADJUDGED AND DECREED** that:

1. **JUDGMENT IS ENTERED AGAINST PLAINTIFF AND IN FAVOR OF EACH OF THE DEFENDANTS**, and that Plaintiff shall take nothing against any of the Defendants.

2. The findings of fact and conclusions of law set forth in the Orders at Docket Nos. 104, 105, and 106 (collectively, the "Orders") granting Defendants' motions for summary judgment and for partial summary judgment (Dkts. 87-89), and denying Plaintiff's motion for summary judgment (Dkt. 90), are hereby incorporated herein by reference and resolve all claims and causes of action in this action.

3. All parties reserve all rights to appeal this Judgment and the Orders.

4. All issues and arguments that could have been raised by any party on, or in response to, an appeal from the Orders are preserved by this Stipulation and may be raised on appeal, subject to any objections or arguments that may be raised in response. No party may raise on appeal from the Orders or the final Judgment any issues, arguments, or objections to this Stipulation, the procedure by which the parties entered into this Stipulation, or the procedure by which the Court approved

or entered the final Judgment, including without limitation any argument that by entering into this Stipulation for final Judgment any party was prejudiced or deprived of any procedural or substantive rights.

5. Notwithstanding that Plaintiff's Notice of Appeal (Dkt. 107) and Representation Statement (Dkt. 108) were filed before entry of final Judgment, Plaintiff need not refile the Notice of Appeal and Representation Statement after entry of final Judgment. The effective date of Plaintiff's Notice of Appeal shall be the date of entry of final Judgment.

6. There being no just reason for delay, the Court, in the interests of justice, expressly directs the Clerk of the Court to enter this Judgment, and hereby decrees that, upon entry, it shall be deemed a final Judgment.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 5/21/21

Hon. Philip S. Gutierrez
United States District Court Judge